# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Cartel Management, Inc.**

Debtor(s)

Case No.  **2:17-bk-11179-DS**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Griffin Guess**<br>**1223 Windward Lane**<br>**Capitola, CA 95010** | **Common Stock** | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  2/28/2017

Signature

DocuSigned by:

Griffin

930F798B6BC0473...

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Cartel Management, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:17-bk-11179-DS**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $ __**Unknown/TBD**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $ __**Unknown/TBD**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ _____**0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ __**1,232,494.50**

4.    **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b    $ __**1,232,494.50**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cartel Management, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* | **2:17-bk-11179-DS** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A. (Pre-petition account closed post-petition)** | **General Operating Account** | 7886 | $0.00 |
| 3.2. | **Wells Fargo Bank, N.A. (Pre-petition account closed post-petition)** | **Back-up Account** | 5496 | $0.00 |
| 3.3. | **Wells Fargo Bank, N.A. (Pre-petition account)** | **Business Checking** | 3521 | $0.00 |
| 3.4. | **Wells Fargo Bank, N.A. (Debtor in possession account)** | **General Operating Account** | 1627 | $244,867.00 |
| 3.5. | **Wells Fargo Bank, N.A. (Debtor in possession account)** | **Tax Account** | 1593 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $244,867.00 |
   |---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cartel Management, Inc.** | Case number *(If known)* | **2:17-bk-11179-DS** |
|---|---|---|---|
| | Name | | |

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

- ☑ No. Go to Part 3.
- ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ☑ No. Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ☑ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale**<br>Apparel inventory | | Unknown | | Unknown |
| **22.  Other inventory or supplies**<br>Marketing supplies<br>(Approximate value) | 12/5/2014 | $25,000.00 | N/A | $25,000.00 |

**23.  Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| $25,000.00 |

**24.  Is any of the property listed in Part 5 perishable?**
- ☑ No
- ☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 2

| Debtor | **Cartel Management, Inc.** | Case number *(if known)* | **2:17-bk-11179-DS** |
|---|---|---|---|
| | Name | | |

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Storage Units located at: (1) 198 W. Artesia Boulevard, Long Beach, CA 90805 (Cube Smart); and (2) 110 Stanford Avenue, Princeton-by-the-Sea, Half Moon Bay, CA 94019 (Coastside Properties, Coastside Self-Storage)  Leasehold** | | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Cartel Management, Inc.**                                    Case number *(If known)*  **2:17-bk-11179-DS**
_____Name_____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**USTPO - Titans of Mavericks** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites**<br>**Cartel-Management.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties**<br>**San Mateo County Harbor District Special Use Permit**<br>**Permit No. 2016-01** | **Unknown** | | **Unknown** |
| **California Coastal Commission Permit**<br>**Permit No. 2-15-1458-A1** | **Unknown** | | **Unknown** |
| **U.S Dept. of Commerce - Monterey Bay National Marine Sanctuary Authorization**<br>**Permit No. MBNMS-2015-034** | **Unknown** | | **Unknown** |
| **Dept. of Homeland Security - U.S. Coast Guard Marine Event Permit**<br>**Permit Nos. 16703, 16671** | **Unknown** | | **Unknown** |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Shopify account** | **Unknown** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property**<br>**Titans of Mavericks intellectual property** | **Unknown** | | **Unknown** |
| **Webcast Rights Agreement by and between Cartel Management, Inc. and Red Bull Media House North America, Inc., as Amended (Terminated by Debtor due to Red Bull Media House North America Inc.'s breaches)** | **Unknown** | | **Unknown** |
| **Event Agreement by and between Fox Sports 1, LLC and Cartel Management, Inc., as Amended** | **Unknown** | | **Unknown** |
| **Intellectual Property License Agreement by and between Mavericks Invitational, Inc. and Cartel Management, Inc., as Amended** | **Unknown** | | **Unknown** |
| **Titans of Mavericks apparel line** | **Unknown** | | **Unknown** |

65.    **Goodwill**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Cartel Management, Inc.**                                        Case number *(If known)*  **2:17-bk-11179-DS**
<u>Name</u>

66.  **Total of Part 10.**

| | |
|---|---:|
| Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Cartel Management, Inc.** | | Case number *(If known)* **2:17-bk-11179-DS** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $244,867.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown/TBD | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | Unknown/TBD | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | Unknown/TBD |

**Fill in this information to identify the case:**

Debtor name                **Cartel Management, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:17-bk-11179-DS**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cartel Management, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:17-bk-11179-DS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$6,000.00** |
| | **Ahn Group**<br>**4372 Neosho Avenue**<br>**Los Angeles, CA 90066** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim:  **Services** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$20,307.00** |
| | **American Express**<br>**PO Box 981340**<br>**El Paso, TX 79998-1540** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number  **1540** | Basis for the claim:  **Credit Card** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | **$2,000.00** |
| | **Beach Byte Processamento de Dados Ltda.**<br>**Rua da Conceição, 188**<br>**1001B - Niterói - RJ**<br>**BRAZIL** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim:  **Services** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | **$0.00** |
| | **Body Glove International, LLC**<br>**Attn: Yuval Rogson, The Rogson Firm**<br>**1875 Century Park East, Ste. 1490**<br>**Los Angeles, CA 90067** | |
| | Date(s) debt was incurred _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Last 4 digits of account number _ | Basis for the claim:  **Disputed lawsuit** |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Cartel Management, Inc.** | | Case number (if known) | **2:17-bk-11179-DS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,087.50 |
|---|---|---|---|

**Eric Weisman**
**33 W 60th Street Floor 4**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $280,000.00 |
|---|---|---|---|

**FOX Sports 1, LLC**
**10201 W. Pico Blvd Building 103**
**Los Angeles, CA 90064**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **TV Program time buy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $112,000.00 |
|---|---|---|---|

**Griffin Guess**
**1223 Windward Lane**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Hartnett Smith & Paetkau**
**777 Marshall Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Khoury Bookkeeping & Tax**
**520 N. Brookhurst St. Suit 200**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Law Offices of Yuval Rogson**
**1875 Century Park East Suit 1490**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Settlement Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Cartel Management, Inc. | Case number (if known) | 2:17-bk-11179-DS |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Red Bull Media House North America, Inc.**
1740 Stewart Street
Santa Monica, CA 90404

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Disputed lawsuit filed by Red Bull Media House North America, Inc.,**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,684.01 |
|---|---|---|---|

**San Mateo County Harbor District**
400 Oyster Point Blvd, #300
South San Francisco, CA 94080

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Permit fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Securities and Exchange Commission**
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700,000.00 |
|---|---|---|---|

**Segler Holdings, LLC.**
c/o LLF 4950 Bissonet Street
Long Branch, NJ 07740-1000

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|---|

**Tiedt + Hurd**
980 Montecito Drive suite 209
Corona, CA 92879

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services 2016**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Transition Productions**
1046 Princeton, Suite 100
Marina Del Rey, CA 90292

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Cartel Management, Inc.**

Name

Case number (if known)    **2:17-bk-11179-DS**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,232,578.51 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 1,232,578.51 |

**Fill in this information to identify the case:**

Debtor name    **Cartel Management, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:17-bk-11179-DS**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **INTRODUCTORY NOTE: The contracts, agreements, licenses, and permits listed herein constitute all of the contracts, agreements, licenses, and permits currently known to the Debtor, based on the Debtor's review of its books and records.  The Debtor's inclusion of a contract, agreement, license or permit herein shall not constitute an acknowledgment or admission that any of the listed contracts, agreements, licenses, or permits are executory in nature. The Debtor reserves the right to modify, amend and supplement this list.** |
| State the term remaining | |
| List the contract number of any government contract | **ATTENTION** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Permit** |
| State the term remaining | **California Coastal Commission 45 Fremont Street #2000 San Francisco, CA 94105** |
| List the contract number of any government contract | **Permit No. 2-15-1458-A1** |

| Debtor 1 | **Cartel Management, Inc.** | | | Case number *(if known)* | **2:17-bk-11179-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of Storage Unit** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Coastside Properties** |
| | List the contract number of any government contract | | **Coastside Self-Storage 110 Stanford Ave. Half Moon Bay, CA 94019** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Unit Rental** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | |
| | List the contract number of any government contract | | **Cube Smart 198 W Artesia Blvd. Long Beach, CA 90805** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Marine Event Permit** | |
|---|---|---|---|
| | State the term remaining | | **Dept. of Homeland Security U.S Coast Guard** |
| | List the contract number of any government contract | **Permit Nos. 16703, 16671** | **1900 Half Street S.W. 10-1637 Washington, DC 20593** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Event Agreement, as Amended** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fox Sports 1, LLC 10201 W. Pico Blvd. Bldg 103 Los Angeles, CA 90064** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual Property License Agreement, as Amended** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mavericks Invitational, Inc. 25 Johnson Pier Half Moon Bay, CA 94019** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Webcast Rights Agreement, as Amended (Terminated by Debtor due to Red Bull Media House North America Inc.'s breaches)** | **Red Bull Media House North America, Inc. 1740 Stewart Street Santa Monica, CA 90404** |
|---|---|---|---|

| Debtor 1 | Cartel Management, Inc. | | | Case number *(if known)* | **2:17-bk-11179-DS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Special Use Permit** | |
|---|---|---|---|
| | State the term remaining | | **San Mateo Harbor District** |
| | List the contract number of any government contract | **Permit No. 2016-01** | **400 Oyster Point Blvd, #300** **South San Francisco, CA 94080** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **National Marine Sanctuary Authorization Permit** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Dept. of Commerce** **Monterey Bay** |
| | List the contract number of any government contract | **Permit No. MBNMS-2015-034** | **99 Pacific Street, Building 455A** **Monterey, CA 93940** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cartel Management, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:17-bk-11179-DS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

     **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

     **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Titans of Mavericks, LLC** | **1223 Windward Lane Capitola, CA 95010** | **Ahn Group** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.2 | **Titans of Mavericks, LLC** | **1223 Windward Lane Capitola, CA 95010** | **Hartnett Smith & Paetkau** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.3 | **Titans of Mavericks, LLC** | **1223 Windward Lane Capitola, CA 95010** | **Tiedt + Hurd** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.4 | **Titans of Mavericks, LLC** | **1223 Windward Lane Capitola, CA 95010** | **Griffin Guess** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Cartel Management, Inc.**__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known) __**2:17-bk-11179-DS**__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $400,000.00 |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $296,115.68 |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $464,638.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Cartel Management, Inc.**                                      Case number *(if known)*    **2:17-bk-11179-DS**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Klinedinst PC** | **1/18/2017;** **1/31/2017** | **$34,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Payment for services and retainer** |
| 3.2.  **Cohen, LLP** | **1/18/2017** | **$9,933.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Tiedt + Hurd** **980 Montecito Drive suite 209** **Corona, CA 92879** | **1/26/2017** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **NOTE** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **As instructed, the Debtor has listed payments to creditors that aggregate at least $6,425.  Additionally, payments to proposed bankruptcy counsel to the Debtors are set forth in response to Question 11 of this Statement of Financial Affairs** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **Cartel Management, Inc.** | | Case number *(if known)* | **2:17-bk-11179-DS** |

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Segler Holdings, LLC v. Cartel Management, Inc.**<br>**CA 2:15-cv-04335** | **Contract disputes** | **Central District of California**<br>**350 W. First Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Body Glove International, LLC v. Mavericks International, Inc.; Cartel Management, Inc.; and Griffin Guess**<br>**BC 560078** | **Alleged contract disputes** | **Los Angeles Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Red Bull Media House North America, Inc. v. Cartel Management, Inc.; and Titans of Mavericks, LLC**<br>**BC 648489** | **Alleged contract disputes** | **Los Angeles Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

Debtor   **Cartel Management, Inc.**                                                    Case number *(if known)*   **2:17-bk-11179-DS**

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Brill L.L.P. 10250 Constellation Blvd., Suite 1700 Los Angeles, CA 90067** | | **12/29/2016; 1/17/2017; 1/30/2017** | **$34,500.00** |
| | Email or website address **WWW.LNBYB.COM** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **665 Lillian Way Los Angeles, CA 90004** | **2007 - 2012** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Debtor    **Cartel Management, Inc.**                              Case number *(if known)*    **2:17-bk-11179-DS**

---

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Cube Smart** **198 W Artesia Blvd.** **Long Beach, CA 90805** | **Griffin Guess** **1223 Windward Lane** **Capitola, CA 95010** | **Event materials** | ☐ No ■ Yes |
| **Coastside Properties** **Coastside Self-Storage** **110 Stanford Avenue** **Princeton-by-the Sea** **Half Moon Bay, CA 94019** | **Griffin Guess** **1223 Windward Lane** **Capitola, CA 95010** | **Event materials** | ☐ No ■ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Cartel Management, Inc.**                                    Case number *(if known)*  **2:17-bk-11179-DS**

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

| Debtor | **Cartel Management, Inc.** | Case number *(if known)* | **2:17-bk-11179-DS** |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Khoury Bookkeeping & Tax**<br>**520 N. Brookhurst, Suite 200**<br>**Anaheim, CA 92801** | **2008 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Griffin Guess**<br>**1223 Windward Lane**<br>**Capitola, CA 95010** | **Since incorporation of Debtor** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Khoury Bookkeeping & Tax**<br>**520 N. Brookhurst St. Suit 200**<br>**Anaheim, CA 92801** | |
| 26c.2. | **Griffin Guess**<br>**1223 Windward Lane**<br>**Capitola, CA 95010** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Griffin Guess** | **1223 Windward Lane**<br>**Capitola, CA 95010** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor    **Cartel Management, Inc.**    Case number *(if known)*    **2:17-bk-11179-DS**

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Titans of Mavericks, LLC 1223 Windward Lane Capitola, CA 95010** | **$161,206** | **5/5/2016; 6/17/2016; 8/1/2016; 8/10/2016; 9/6/2016; 9/22/2016; 11/3/2016; 12/1/2016; 12/27/2016; 1/3/2017** | **Funding payment of Titans of Mavericks, LLC expenses, some of which may be expenses shared with Cartel Management, Inc.** |
| | Relationship to debtor **Affiliate** | | | |
| 30.2. | **Cartel Post-Production, Inc.** | **$9,400** | **6/17/2016; 11/3/2016; 1/11/2017; 1/19/2017** | **Expense payments** |
| | Relationship to debtor **Affiliate** | | | |
| 30.3. | **Griffin Guess 1223 Windward Lane Capitola, CA 95010** | **$2,500** | **10/20/2016** | **Transfer for the payment of the Debtor's expenses** |
| | Relationship to debtor **President and 100% shareholder** | | | |
| 30.4. | **Griffin Guess 1223 Windward Lane Capitola, CA 95010** | **$2,000** | **1/3/2017** | **Payment owed to one of Debtor's clients for royalties due** |
| | Relationship to debtor **President and 100% shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Cartel Management, Inc.**    Case number *(if known)*    **2:17-bk-11179-DS**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Exec                                    2/28/2017

Sign                    alf of the debtor        **Griffin Guess**
930F798B6BC0473...                              Printed name
Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

■ No
☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name __Cartel Management, Inc.__

United States Bankruptcy Court for the: __Central__ District of __CA__
                                                                    (State)

Case number (*If known*): __2:17-bk-11179-DS__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/28/2017__        ✗ _____   DocuSigned by:
              MM / DD / YYYY              Signature of individual    [signature]
                                                                    930F798B6BC0473...

                                          Griffin Guess
                                          Printed name

                                          President
                                          Position or relationship to debtor

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>CA State Bar Number: **141225** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**<br>**DIVISION** | |
|---|---|
| In re:<br><br>      **Cartel Management, Inc.** | CHAPTER 11<br><br>CASE NUMBER **17-11179** |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

    **5870 Melrose Avenue**
    **Los Angeles, CA 90038**

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    **5870 Melrose Avenue**
    **Los Angeles, CA 90038**

3.  Disclose the current business address(es) for all corporate officers:

    **5870 Melrose Avenue**
    **Los Angeles, CA 90038**

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    **Debtor's books and records are available in electronic format**

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    **Debtor's assets are primarily intangible in nature.**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
    **Griffin Guess**
    **1223 Windward Lane**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                    **VEN-C**

| In re **Cartel Management, Inc.** | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER **17-11179** |

**Capitola, CA 95010**

8.      Total number of attached pages of supporting documentation: ___

9.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and
correct.


Executed on **February 28, 2017**, at **Capitola**, California.

_____
**Griffin Guess**
*Type Name of Officer*

_____
**President**
*Position or Title of Officer*

DocuSigned by:

*Sig_____
930F798B6BC0473...

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re  **Cartel Management, Inc.**                                                Case No.  **2:17-bk-11179-DS**

                                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept as a retainer | $ | **27,000.00*** |
| Prior to the filing of this statement I have received a retainer in the amount of | $ | **27,000.00** |
| Balance Due | $ | 0 |

2.  The source of the compensation paid to me was: **See Application Of Debtors And Debtors In Possession To Employ Levene, Neale, Bender, Yoo & Brill L.L.P. As Bankruptcy Counsel Pursuant To 11 U.S.C. §§ 327 And 330.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNYBYB's specialization**


**\* This amount is just a retainer.  LNBYB will request Court approval and payment from the Debtor's estate of any and all fees in excess of the retainer.**

In re    **Cartel Management, Inc.**                                    Case No.    **2:17-bk-11179-DS**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February 28, 2017                                    /s/ David L. Neale
_____                 _____
*Date*                                          **David L. Neale 141225**
                                                *Signature of Attorney*
                                                **Levene, Neale, Bender, Yoo & Brill LLP**
                                                **10250 Constellation Blvd.**
                                                **Suite 1700**
                                                **Los Angeles, CA 90067**
                                                **(310) 229-1234**
                                                *Name of law firm*

---